IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANGELA OLSEN**                                                           **PLAINTIFF**

VS.                     CASE NO. 4:08CV000471

**NORTH LITTLE ROCK**
**SCHOOL DISTRICT ET AL.**                                  **DEFENDANT**

## ORDER

For good cause shown, plaintiff's First Motion to Compel Answers to Interrogatories and Requests for Production of Documents is granted (#15). Defendants are directed to provide the requested discovery on, or before, February 12, 2010, to plaintiff.

IT IS SO ORDERED THIS  2  day of  February , 2010.

James M. Moody
United States District Judge