IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA OLSEN                                                                          PLAINTIFF

V.                          CASE NO.   4:08CV00471 JMM

NORTH LITTLE ROCK
SCHOOL DISTRICT, ET AL                                                          DEFENDANTS

## ORDER

For the reasons stated on the record at the hearing held on March 5, 2010, at 2:30 p.m., plaintiff's Motion for Contempt and Hearing is granted (#27), and attorney's fees and costs in the amount of $500.00 are awarded against defendant in favor of plaintiff.

IT IS SO ORDERED THIS   5   day of   March , 2010.

_____
James M. Moody
United States District Judge