IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA OLSEN                                                              PLAINTIFF

VS.                    CASE NO. 4:08CV00471 JMM

NORTH LITTLE ROCK
SCHOOL DISTRICT, ET AL                                                 DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order. All pending motions are dismissed as moot.

IT IS SO ORDERED this   19   day of   March  , 2010.

_____
James M. Moody
United States District Judge